Case 4:23-cr-00368 Document 1 Filed on 08/17/23 in TXSD Page 1 of 5

Sealed
Public and unofficial staff access to this instrument are prohibited by court order

United States Courts Southern District of Texas
FILED
*August 17, 2023*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff | § | |
| v. | § | CRIMINAL NO. **4:23-cr-00368** |
| | § | |
| MICHAEL WAYNE GALVAN | § | Counts 1 – 3 (Wire |
| Defendant | § | Fraud, 18 U.S.C. §1343) |
| | § | |
| | § | Notice of Forfeiture |

**Filed Under Seal**

INDICTMENT

THE GRAND JURY CHARGES:

Counts One, Two and Three
(Wire Fraud, 18 U.S.C. § 1343)

A. INTRODUCTION

AT ALL TIMES MATERIAL HEREIN:

1. **Michael Wayne Galvan**, defendant herein, owned and operated MWG Ventures, LLC DBA MGB Builders in Houston, Texas.

B. THE SCHEME AND ARTIFICE

2. From in or about January 2016, and continuing through in or about January 2019, in the Houston Division of the Southern District of Texas and elsewhere,

## MICHAEL WAYNE GALVAN

defendant herein, did knowingly execute and attempt to execute a scheme and artifice to defraud and to obtain moneys, funds and credits by means of materially false and fraudulent pretenses, representations and promises, including the concealment of material facts.

C. <u>THE METHOD AND MEANS OF THE SCHEME AND ARTIFICE</u>

3. The scheme and artifice consisted essentially of a plan by defendant to solicit loans from individuals he knew by falsely representing that he would use this money to purchase tile and granite from China and overseas for his construction business.

4. It was part of the scheme and artifice that the defendant would and did represent to investors that he would repay their loans in less than a year at an interest rate of between 10% and 12 % per annum.

5. It was part of the scheme and artifice that the defendant would and did communicate with his investors and potential investors all the while failing to disclose material facts to these investors and other potential investors that he was not using the money loaned to him to purchase tile and granite from China and overseas for his construction business.

6. It was part of the scheme and artifice that defendant would and did cause

individuals lending him money to send checks to defendant and to wire transfer money into defendant's bank account.

7. It was part of the scheme and artifice that defendant would and did repay some loans and interest to his investors with the money from loans he received from other investors.

D. <u>EXECUTION OF THE SCHEME AND ARTIFICE</u>

8. On or about the dates set out in the counts below, in the Houston Division of the Southern District of Texas, defendant

**MICHAEL WAYNE GALVAN**,

for the purposes of executing the aforesaid scheme and artifice to defraud and intending to do so, and for obtaining money by means of materially false and fraudulent pretenses, representations and promises, including the concealment of material facts, did knowingly transmit and cause to be transmitted by means of wire, radio and television communication in interstate and foreign commerce writings, signs, signals, pictures and sounds, as described below:

| COUNT | DATE | FROM/TO | TRANSMISSION |
|---|---|---|---|
| Count One | August 22, 2018 | Defendant to an individual with the initials K.L. | Wire transfer in the amount of $50,000.00 |

| Count Two | August 27, 2018 | Defendant to an entity with the initials J.H. | Wire transfer the amount of $50,000.00 |
| Count Three | September 19, 2018 | Defendant to an individual with the initials J.S. | Wire transfer in the amount of $100,000.00 |

In violation of Title 18, United States Code, Section 1343.

## NOTICE OF FORFEITURE
(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

Pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), the United States gives notice to defendant

**MICHAEL WAYNE GALVAN**

that upon conviction for wire fraud, in violation of Title 18, United States Code, Section 1343, as charged in Counts One through Three, all property, real or personal, which constitutes or is derived from proceeds traceable to such violation shall be forfeited to the United States.

**Money Judgment and Substitute Assets**

The United States will seek the imposition of a money judgment against the defendant. In the event a condition listed in Title 21, United States Code, Section 853(p) exists, the United States will seek to forfeit any other property of the defendant up to the amount of the money judgment.

A TRUE BILL:

Original Signature on File
FOREPERSON OF THE GRAND JURY

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

By: *John R. Braddock*
JOHN R. BRADDOCK
Assistant United States Attorney