UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**UNITED STATES OF AMERICA**

**V.**  CASE NUMBER: 4:23-CR-00368

**MICHAEL WAYNE GALVAN**

Defendant's Amended First Motion for Continuance

**TO THE HONORABLE U.S. DISTRICT JUDGE CHARLES ESKRIDGE:**

Now comes MICHAEL WAYNE GALVAN, by and through his attorney of record, NEFTALI J. VILLAFRANCA and hereby files this his First Motion for Continuance of this cause from its present sentencing setting of March 27, at 1:30 p.m. and shows the following:

1. Due to defense counsel's prior setting in U.S. Federal Court-Victoria Division on the same date beginning at 10:00 a.m. in Cause No. 6:24-CR-77 styled *United States of America v. Margarita Lissett Tijerina aka Lisette Galeana,* defense counsel will not be available for the 1:30 p.m. setting.

2. Defense counsel believes the U.S. Government will not be opposed to Defendant's motion.

3. The Defendant requests the sentencing hearing be reset for at least thirty (30) days.

4. This motion is not made for purposes of delay, but that justice may be done.

**WHEREFORE, PREMISES CONSIDERED,** Defendant prays that the Court enter its order continuing this cause until some future date, or, in the alternative, sets this motion for hearing.

1

Respectfully submitted,

VILLAFRANCA & VILLAFRANCA
120 North Main
P.O. Box 1848
Victoria, Texas 77902
Tel: (361) 578-3579

By: /s/ Neftali J. Villafranca
NEFTALI J. VILLAFRANCA
Fed. Bar No. 8255
villafrancav@hotmail.com
Attorney for MICHAEL WAYNE GALVAN

## CERTIFICATE OF SERVICE

This is to certify that on March 10, 2025, a true and correct copy of the above and foregoing document was served on the United States Attorney's Office, Houston Division by electronic serve through the Electronic Filing Manager.

/s/ Neftali J. Villafranca
NEFTALI J. VILLAFRANCA