# United States District Court
## Southern District of Texas
### Houston Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § | Criminal Case No. 4:23–cr–00368 |
| vs. | | Judge Charles Eskridge |
| Michael Wayne Galvan<br>Defendant. | | |

## Notice of Resetting

Take notice that the Sentencing set for , has been RESET as follows:

Friday, March 28, 2025, at 10:30 AM
Before the Honorable Charles Eskridge
United States District Judge
United States District Court, Courtroom 9F
515 Rusk Street
Houston, Texas 77002